KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel:  916.905.7265
Fax: 916.721.2742

Attorney for FRANK A. OSEGUERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>FRANK ANTHONY OSEGUERA<br><br>              Defendant. | CASE NO.  2:24-cr-00174-DJC<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING; FINDINGS AND ORDER<br><br>DATE: December 12, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Frank A. Oseguera, by and through his counsel of record, hereby stipulate as follows:

1. On October 31, 2024, the court held a admit/deny hearing and accepted Mr. Oseguera's admission to Charges 1 and 2 as set forth in the Superseding Petition for Violation of Supervised Release and adjudged defendant guilty.

2. The court set the matter for a dispositional hearing for December 12, 2024.

3. Probation filed its Dispositional Memorandum on December 5, 2024.

4. The Court has advised that all sentencing memorandums are due by noon of December 6, 2024.

5. Defendant's attorney has not ample time to review the probation's dispositional memorandum with defendant and to prepare a sentencing memorandum.

6. Defendant requests a continuance of this hearing to allow adequate time for (1) sufficient review of Probation's Dispositional Memorandum and preparing a response.

7. All parties and counsels of records are available to appear for Judgment and Sentencing on **December 19, 2024.**

8. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated:  December 6, 2024          PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ EMILY SAUVAGEAU
                                  EMILY SAUVAGEAU
                                  Assistant United States Attorney

Dated:  December 6, 2024          /s/ KELLAN S. PATTERSON
                                  KELLAN S. PATTERSON
                                  Counsel for Defendant
                                  FRANK A. OSEGUERA.

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2024.

                                  /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE